UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

This habeas matter under 28 U.S.C. § 2254 currently is before the Court on Petitioner's second motion for appointment of counsel. (ECF No. 5.)

Petitioner has attached as a labeled exhibit to the motion what would appear to be updated financial materials. (ECF No. 5, at 10-18.) However, he asks in the motion for a thirty-day extension to get completed forms from the department of corrections. (*Id.* at 3.) Petitioner further did not provide a copy of his state court petition and counseled supplements as directed by the prior order, and he did not state that the materials were not currently available to him. (*See* ECF No. 4, at 3, lines 13-15.)

The Court will give Petitioner an opportunity to provide additional material, if any, still to be received from the corrections department along with a copy of the state post-conviction pleadings if available to him.

It is therefore ordered that Petitioner will have thirty (30) days within which to send any additional materials to be submitted in connection with the motion for appointment of

///

counsel along with a copy of his state court post-conviction petition and any counseled supplements filed in the state district court.

DATED THIS 29th day of June 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE