# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>　　　　　　　Petitioner,<br>　v.<br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

　　　It is ordered that Respondents' motion for enlargement of time (ECF No. 10) is granted. Respondents will have until December 2, 2018, to file a response to the petition for writ of habeas corpus in this case.

　　　DATED THIS 28th day of September 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE