UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' third motion for enlargement of time (ECF No. 15) is granted. Respondents will have until March 18, 2019, to file a response to the petition for writ of habeas corpus in this case. Further extensions of time are unlikely to be granted absent a showing of good cause.

DATED THIS 14th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE