UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DARREN GABRIEL LACHANCE, | Case No. 3:17-cv-00689-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Petitioner's motion for extension of time (ECF No. 26) is granted. Petitioner will have until July 8, 2019, to file an opposition to the Respondents' motion to dismiss.

DATED THIS 7th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE