UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>   Petitioner,<br>   v.<br>HAROLD WICKHAM, *et al.*,<br><br>   Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' first Motion for Enlargement of Time (ECF No. 32) is granted. Respondents have until May 4, 2020, to file an answer to the remaining claims of the petition for writ of habeas corpus.

DATED THIS 3rd day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE