# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

Before the Court is Respondents' second Motion for Enlargement of Time (ECF No. 34). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents second Motion for Enlargement of Time (ECF No. 34) is granted. Respondents will have until May 18, 2020, to file an answer to the remaining claims of the Petition for writ of habeas corpus.

DATED THIS 1st day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE