UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARREN GABRIEL LACHANCE,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00689-MMD-WGC<br><br>ORDER |

　　　Good cause appearing, Petitioner Darren Gabriel LaChance's Motion for Extension of Time (ECF No. 38) is granted. LaChance has until July 27, 2020, to reply to Respondents' answer to the petition for writ of habeas corpus.

　　　DATED THIS 28th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE